IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOYCE JONES, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. H-13-2420 |
| QUANTA SERVICES INC., | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Because the Court has dismissed all claims asserted in this lawsuit by Plaintiff Joyce Jones against Defendant Quanta Services Inc., the Court hereby

**ORDERS** that Plaintiff Joyce Jones's case is **DISMISSED**.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas, on this 6 day of January, 2015.

DAVID HITTNER
United States District Judge